# ATTACHMENT

Docusign Envelope ID: 97DA4FB4-C722-4546-B1D0-160EA85F37DB

**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE**

**99.8112**

**HURRICANE EXPRESS,**

      **Plaintiff,**

**Vs.**                                 **NO.: 3:26-cv-0301**

**BIG RIG NATION, PATRICK
NICHOLSON and RITA
NICHOLSON,**

      **Defendants.**

---

### DECLARATION OF PATRICK NICHOLSON

---

I, Patrick Nicholson, duly sworn upon oath, state and declare as follows:

1.      I make this declaration upon personal knowledge and as a representative of Big Rig Nation. If called and sworn as a witness, I could and would competently testify to the truth of the foregoing.

2.      I am the founder of Big Rig Nation, an online media and communications platform directed to commercial truck drivers.

3.      My wife, Rita Nicholson, is the president of Big Rig Nation.

4.      I currently work primarily from Vilnius, Lithuania, and also spend time in Sylva, North Carolina, where my wife and I maintain a residence.

5.      Big Rig Nation is not incorporated in the United States.

6.      Big Rig Nation is not registered to do business in any U.S. state, including Tennessee.

1

7. Big Rig Nation does not maintain a physical business location in Tennessee or any other U.S. jurisdiction.

8. All operations of Big Rig Nation occur online through social-media platforms, web-based systems, and remote communication tools.

9. Big Rig Nation does not own trucks, does not operate freight, and does not employ or pay drivers.

10. My role involves producing educational content designed to help potential and current commercial truck drivers understand compensation structures, lease-purchase programs, and related transportation-industry practices.

11. Big Rig Nation's income is derived from marketing partnerships and, in some cases, referral-related compensation tied to social-media promotion or industry-related content.

12. Potential and current commercial truck drivers frequently contact Big Rig Nation through social-media platforms and voluntarily share pay statements, settlement sheets, or documentation to request explanations or commentary.

13. On its website and social media platforms, Big Rig Nation provides general information about companies that have open positions.

14. The driver job listings on Big Rig Nation's website and social media platforms represent positions offered by independent trucking companies, and Big Rig Nation does not staff or employ drivers for those positions.

15. Big Rig Nation does not recruit drivers for itself.

16. If a driver chooses to pursue an opportunity with a trucking company that it found through Big Rig Nation, all hiring decisions, including background checks, qualification reviews, verifications, and onboarding, are made solely by the third-party trucking company.

2

17. The companies that work with Big Rig Nation primarily hire experienced open-deck drivers and generally require a minimum of two years of open-deck experience and at least six (6) months of recent open-deck work.

18. Hurricane Express operates primarily in refrigerated freight, which is not open-deck work.

19. Drivers coming from Hurricane Express typically do not meet the experience requirements for the open-deck positions associated with Big Rig Nation's partner companies.

20. Big Rig Nation has no practical incentive to recruit Hurricane Express drivers.

21. To date, at least twenty-seven (27) commercial truck drivers independently contacted me to report their experiences with Hurricane Express's lease-purchase program and voluntarily provided both written statements and supporting documentation.

22. I am aware of the Verified Complaint filed by Hurricane Express in the U.S. District Court for the Middle District of Tennessee against Big Rig Nation, Rita Nicholson, and me.

23. I am aware that the Verified Complaint alleges that beginning around September 2025, Big Rig Nation engaged in a campaign of false statements targeting Hurricane Express, including social-media posts described in Exhibits 1–3 of the Verified Complaint.

24. I am aware that the Verified Complaint alleges that Big Rig Nation, Rita Nicholson, and I acted as recruiters for companies in Eastern Europe and sought to entice Hurricane Express drivers to leave for foreign carriers.

25. I deny these allegations, which are false.

26. Any social media posts made by Big Rig Nation discussing Hurricane Express were to educate and provide information and were based solely on driver-initiated contact and the documentation drivers voluntarily submitted.

3

27. Any social media posts made by Big Rig Nation discussing Hurricane Express were not made maliciously.

28. Big Rig Nation has never targeted Hurricane Express drivers for recruitment nor attempted to interfere with Hurricane Express's business relationships.

29. Big Rig Nation derives no financial benefit from any adverse outcomes experienced by Hurricane Express.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct:

Executed on March 16, 2026.

Signed by:

Patrick Nicholson

C90FBE2BE27A441...

Patrick Nicholson

4