**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF TENNESSEE**
**NASHVILLE DIVISION**

| | |
|---|---|
| **HURRICANE EXPRESS,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| **v.** | )   **No. 3:26-cv-301** |
| | ) |
| **BIG RIG NATION,** | ) |
| **PATRICK NICHOLSON and** | ) |
| **RITA NICHOLSON,** | ) |
| | ) |
| **Defendants.** | ) |

## ORDER

On March 16, 2026, the Court denied without prejudice the motion for temporary restraining order (Doc. No. 7) and found that Hurricane Express failed to meet its burden of establishing the Court's subject matter jurisdiction over this case. (Doc. No. 8). Because the Court found that it lacks subject matter jurisdiction, it gave Hurricane Express 30 days to amend the Complaint to cure the jurisdictional deficiencies. (Id. at 3). Hurricane Express has yet to amend its Complaint, and has instead chosen to file a declaration with numerous social media posts attached—unconnected to any filing—that purports to establish its ongoing harm. (Doc. No. 14). Because the Court currently lacks subject matter jurisdiction, and there is no motion before the Court, the clerk shall strike Doc. No. 14 from the docket as improvidently filed.

IT IS SO ORDERED.

_____
WAVERLY D. CRENSHAW, JR.
UNITED STATES DISTRICT JUDGE