# IN THE UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF TENNESSEE
### NASHVILLE DIVISION

99.8112

**HURRICANE EXPRESS,**

   **Plaintiff,**

**vs.**                                 **NO. 3:26-cv-0301**

**BIG RIG NATION, PATRICK
NICHOLSON and RITA NICHOLSON,**

   **Defendants.**

---

## PLAINTIFF'S MOTION FOR MOTION FOR PRELIMINARY INJUNCTION AND TO SET EXPEDITED HEARING

---

Comes now Plaintiff, by and through counsel of record, and moves this Honorable Court for an Order granting Plaintiff's Motion for Preliminary Injunction and requests an Expedited Hearing for Plaintiff's Motion for Preliminary Injunction. In support of this Motion, Plaintiff states the following:

Defendants compete with Plaintiff to hire truck drivers. As alleged in the Amended Complaint and addressed in the supporting Memorandum, since approximately September 2025, Defendants have engaged in an intentional, continuous and ongoing social media attack across multiple social media platforms and websites defaming and disparaging Plaintiff. Defendants' social media attacks have damaged and continue to damage both Plaintiff' financial and reputation standing. While Defendant Big Rig Nation claims to have hired over 1,000 truck drivers, Plaintiff has suffered from a loss of drivers since September 2025 and has had difficulty recruiting drivers

since Defendants began their social media attack on Plaintiff. That social media attack has continued since the filing of this lawsuit.

In the Amended Complaint, Plaintiff has alleged multiple causes of action, including for (1) Defamation; (2) Violation of the Tennessee Consumer Protection Act; (3) False Light; (4) Intentional Misrepresentation, (5) Intentional Interference with Business Relationships, (6) Common Law Disparagement and (7) Unfair Competition. Plaintiff is separately filing a Motion for Preliminary Injunction and seeks an expedited hearing on Plaintiff's Motion for Preliminary Injunction for the following reasons:

1)      An expedited hearing is requested and required to prevent the Defendants from further disseminating defamatory and disparaging social media posts, videos and other communications regarding Plaintiff as Defendants have done both prior to the filing of this lawsuit and since the filing of the lawsuit on various social media platforms.

2)      Plaintiff asserts that a Preliminary Injunction is necessary to prevent Plaintiff from suffering irreparable reputational and financial damages which cannot be fully compensated.

3)       Plaintiff asserts that the balance of equities for this Preliminary Injunction favor granting the Injunction as this Injunction will not affect Defendants' ability to fully defend themselves in this litigation, but may result in Plaintiff not suffering additional irreparable reputational and financial damages which cannot be fully compensated.

4)      Plaintiff further asserts that this injunction is in the public interests as the speech addressed in this Motion for Injunction (Defendants' social media posts, videos and other

communications) is defamatory in nature as alleged in Count I of the Amended Complaint which is not constitutionally protected.

5)      Pursuant to Local Rule 7.01(a)(2), Plaintiff is separately filing a supporting Memorandum of Law in support of Motion to Set Expedited Hearing for Preliminary Injunction.

6)      Plaintiff is prepared to present evidence in support of a Preliminary Injunction at the earliest convenience of the Court and respectfully requests an expedited hearing.

**WHEREFORE,** Plaintiff respectfully prays for an Order granting this Motion to set an Expedited Hearing on Plaintiff's request for a Preliminary Injunction.

Dated:  March 30, 2026

## <u>CERTIFICATE OF CONSULTATION</u>

I hereby certify that, pursuant to Local Rule 7.01(a)(1), I have consulted with counsel for Defendants Paige M. Lyle regarding this Motion and Defendants do not  consent to this Motion.

*/s/R. Scott McCullough*

Respectfully submitted,

**McNABB, BRAGORGOS, BURGESS & SORIN, PLLC**

*/s/ R. Scott McCullough*
R. SCOTT McCULLOUGH - #19499
NICHOLAS E. BRAGORGOS - #12000
Attorney for Hurricane Express
81 Monroe, Sixth Floor
Memphis, Tennessee 38103
Telephone: (901) 624-0640
Fax: (901) 624-0650
smccullough@mbbslaw.com
nbragorgos@mbbslaw.com

3