**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF TENNESSEE**
**NASHVILLE DIVISION**

| | | |
|---|---|---|
| HURRICANE EXPRESS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 3:26-cv-00301 |
| | ) | |
| BIG RIG NATION, | ) | |
| PATRICK NICHOLSON and | ) | |
| RITA NICHOLSON, | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

Before the Court is Hurricane Express's motion for a preliminary injunction (Doc. No. 19). This case is **REFERRED** to the Magistrate Judge for customized case management in accordance with Local Rule 16.01 and 28 U.S.C. § 636(b)(1)(A). At the initial case management conference, the parties shall discuss with the Magistrate Judge the extent of limited discovery necessary to prepare for a hearing on the motion for a preliminary injunction. With the Magistrate Judge's approval, the parties shall set an agreed-upon briefing schedule so that the motion is briefed after the limited discovery is completed, and give the Court a target preliminary injunction hearing date. The parties should also estimate the length of the hearing. The parties are further advised that the Court requires the parties to depose any witness that will testify at the hearing at least seven (7) days prior to the hearing.

IT IS SO ORDERED.

_____
WAVERLY D. CRENSHAW, JR.
UNITED STATES DISTRICT JUDGE