# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF TENNESSEE

| | |
|---|---|
| HURRICANE EXPRESS<br><br>    Plaintiff,<br><br>vs.<br><br>BIG RIG NATION,<br>PATRICK NICHOLSON and<br>RITA NICHOLSON<br><br>    Defendants. | Civil Action No.: 3:26-cv-0301<br><br><br>**SUPPLEMENTAL DECLARATION OF<br>KAEDON STEINERT** |

Kaedon Steinert, being first duly sworn, on oath states:

1.    My name is Kaedon Steinert. I am over 18 years of age and am competent to testify as to all facts set forth in this Declaration. This Declaration is based upon my own personal knowledge and my review of the documents produced in this case.

2.    I am the President at Hurricane Express ("Hurricane").

3.    I have reviewed the social media profiles of Big Rig Nation, including videos created by Patrick Nicholson that are featured on Facebook, TikTok, Instagram, and other sites, particularly in the time since September 2025.

4.    We have sought an injunction against ongoing defamatory statements being made by Defendant. However, since litigation commenced, Defendant has initiated persistent and worsening defamatory attacks on Hurricane Express and has engaged with broader media platforms in order to continue negative remarks about Hurricane Express within an even wider trucking industry audience.

5.    During daily posts and appearances, Defendants have also provided running commentary on the litigation itself, including characterization of judicial action and details of

attorney bills Defendants have received from counsel for Defendants (alongside solicitations for donations). Examples of the posts (with accompanying comments from users and from Defendants) are seen in screenshots below:

 **Big Rig Nation**
April 17 at 7:36 AM · 🌐

We're in a Federal Legal Fight — Here's the Real Cost

This is real.

We are currently in a federal legal fight tied to the work we've been doing—reviewing driver settlements, contracts, and bringing real information into the open.

We've already raised $5,125 from 91 people who stepped up and said this matters.

To continue this fight and make sure we're fully represented, we need to reach our next goal.

This money goes directly into:
– Legal fees
– Court filings
– Responses
– Everything it takes to stay in this fight

Nothing else.

This isn't about one company.

This is about transparency.
This is about accountability.
This is about drivers finally understanding what they're stepping into.

If you believe this matters, stand behind it.

#BigRigNationOfficial
#TruckingTruth
#StandWithDrivers
#TruckingIndustry
#FightForTransparency





**Big Rig Nation**
April 16 at 5:37 PM · 🌐

⛽ THE TRUTH BEHIND THE "FUEL MATRIX"

There's a video going around right now explaining how drivers are paid using something called a fuel matrix.

On the surface... it sounds good.
But when you actually break it down, the real question isn't how it's explained—

👉 it's whether it can be verified.

Here's what every driver should be asking:

• Can you see the rate confirmation for the load you ran?
• Can you verify how the fuel surcharge is applied?
• Do you know what price your fuel is actually being calculated at?
• Are you benefiting from any discounts or rebates—or just paying whatever number shows up?

Because here's the reality:

If you can't see the paperwork...
If you can't verify the numbers...

👉 then you're not being paid on transparency.
You're being paid on trust.

And in this industry, trust without verification is where drivers lose money.

This isn't about one company.
This is about a system.

A system where:

The driver carries the cost
But doesn't control the rate
And can't see the full picture

That's not ownership.
That's liability without authority.

Run the math.
Ask for the paperwork.
Know what you're actually being paid.

Because at the end of the day—
if you don't understand the system...

the system understands you.

#BigRigNationOfficial #Truckers #CDLlife #OwnerOperator #TruckingTruth



👍 315    💬 100    ↪ 48

Most relevant ▾



✎ Author
**Big Rig Nation**
If you can't verify the numbers.....are you being paid on math—or on trust?

Let's hear it.

3d   Like   Reply                                                      7 ⬤

**Marvin Mayes**
They are full of BULL shit

3d   Like   Reply        1 ⬤



✎ Author
**Big Rig Nation**
Marvin Mayes That's why we always say don't take anyone's word for it. Look at
the numbers, look at the structure, and decide based on that.

3d   Like   Reply

 **Big Rig Nation**
April 16 at 1:22 PM · 🌐

🪓 I don't think he realizes what he just said... 🪓

We just watched this interview—and this wasn't an opinion.

This was straight from the source.

👉 Drivers are paid off a fuel matrix
👉 Drivers do NOT see rate confirmations
👉 Pay is not tied directly to individual load revenue

Think about that.

You're being paid...
but you can't see what the load actually paid.

No breakdown.
No verification.
Just the system.

Now to be fair—he explained it clearly.
He laid out his system exactly how he says it's designed to work.

But here's where it gets interesting...

At the very end, OOIDA stepped in and asked the one question that really matters.

That's the part you need to watch.

So I'll ask you the same thing:

If everything is structured fairly... why not show the rate cons?

#BigRigNationOfficial #TruckingTruth #LeasePurchase #KnowYourNumbers #DriverAwareness



10K NET... OR A $0 PAYCHECK? HURRICANE EXPRESS LEASE PURCHASE EXPOSED

WITH
KAEDON STEINERT SR
FOUNDER, CEO, & PRESIDENT
OF HURRICANE EXPRESS

PLUS!
A MYSTERY GUEST....

FW TV | BRAKE CHECK | WITH CHARLES GRACEY | Upcoming

 **Big Rig Nation**
April 12 at 10:18 AM · 🌐

They Tried to Shut Us Down Fast... The Court Said No

They tried to shut this down immediately.

Filed for emergency relief... tried to silence the conversation before it even started.

That didn't happen.

Now the case is moving forward—and something important is happening:

Drivers are sending in real settlements.
Real numbers.
Real outcomes.

And what we're seeing?

There's what drivers are told...
and then there's what actually hits their bank accounts.

Three weeks of work.
Zero take-home.

That's not opinion—that's math.

We respect the law.
We respect the process.
And we're going to let this play out the right way.

Because at the end of the day...

the numbers are going to speak for themselves.

If you've got a settlement that doesn't add up—send it.

This isn't about noise.

This is about truth.

#BigRigNationOfficial
#TruckersVoice
#KnowYourNumbers
#TruckingTruth
#DriversDeserveBetter

 **David G Osborne**
Did Hurricane Express loose the 2nd round to   ···

21h   Like   Reply                    2

 ✎ Author
**Big Rig Nation**
**David G Osborne** The TRO wasn't granted, and the preliminary injunction hasn't resulted in any order restricting us from speaking. So now the case moves forward through the normal court process. As this moves forward, we'll be able to put more of the information in front of people.

20h   Like   Reply   Edited                    5 ⬤

 **Vince Burress**
I hope this goes beyond HE. There's plenty of other companies, ripping drivers off. · · ·

19h   Like   Reply

 ✒ Author

**Big Rig Nation**
**Vince Burress** It already does. This was never about just one company—we're looking at the structures and the patterns behind how these companies operate. At the same time, we're also bringing on companies that are doing it right. We just added another strong W-2 partner, and we'll continue to highlight companies that actually take care of drivers and pay them fairly. We don't care if it's W-2, 1099, owner-operator, or lease-on—the model isn't the problem. The structure is. Our goal is simple: expose the bad structures and point drivers toward the companies that are doing it right.

18h   Like   Reply

 **Big Rig Nation**
April 7 at 4:24 AM · 🌐

They tried to discredit us.
Today—we go national.
Hurricane Express put out a hit piece...
but they didn't address the one thing that matters:
The numbers. The settlements. The pattern.
Now we're taking it off social media
and putting it where they can't spin it—
SiriusXM. Channel 146. Road Dog Trucking Radio.
This isn't about me.
This is about every driver who's looked at a settlement
and knew something didn't add up.
We're bringing the receipts.
📅 Today
📻 SiriusXM – Trucking Sense
🎙 With Charles Gracey
You wanted this conversation to go bigger?
It just did.

#BigRigNationOfficial
#TruckingTruth
#DriverPay
#ExposeTheSystem
#TruckersVoice

 **Big Rig Nation**
April 6 at 8:36 PM · 🌐                                                    ...

Hurricane Express Hit Piece... But Look at This

Hurricane Express released a hit piece—but they didn't address the real issue: the numbers.

We're talking about settlements, unexplained fees, and patterns drivers are starting to recognize across the industry.

This isn't about me.
This is about what's showing up on driver paychecks.

Tomorrow, we take this conversation national on Brake Check on SiriusXM with Charles Gracey.

If you're a driver, you need to see this.

#BigRigNationOfficial
#TruckingTruth
#LeasePurchaseTrap
#DriverPay
#ExposeTheSystem



**Deshawn Sutton**
These folks are out for blood careful how you tread. Just looking at there social media ads is laughable but to be taken for a grain of salt at the same time. We can't keep making the rich rich and settle for pennies.

3d    Like    Reply                                                  4 ⭕😮

🖊 Author
**Big Rig Nation**
Deshawn Sutton They want to play games and then turn around and lie to the American people—and come after my wife, ok that's fine. Let's put the numbers on the table: dozens and dozens of real driver settlements, not opinions, not narratives—math. Because math doesn't spin, it doesn't deflect, it tells the truth. And when you line these settlements up side by side, the pattern starts speaking for itself. This isn't about me, and it's not about a hit piece—this is about what's showing up on driver paychecks across this industry. And here's what they didn't plan for—there's one more piece coming, one they weren't expecting. They thought they had me figured out... they don't know anything yet.

3d    Like    Reply                                                  7 ⭕🔾

**Deshawn Sutton**
Big Rig Nation I agree!

3d    Like    Reply    1 ⭕

 **Brad Hodges**
It kinda sounds like you're butthurt that they did to you what you've done to them. ...

3d Like Reply

 ✎ Author
**Big Rig Nation**
**Brad Hodges** If this were about me, they could shut it down with one thing—clean numbers.
Instead, what keeps showing up are patterns across multiple drivers: wildly different gross revenue, but the same tight take-home... unexplained deductions...
That's not emotion—that's math.
So no, this isn't about "what they did to me."
This is about what the numbers are showing across the board.
If someone thinks it's wrong, bring the settlements and contracts. Let's compare.

---

 **Big Rig Nation**
April 5 at 4:01PM · 🌐 ...

THE CLOSED LOOP: The math behind the predatory lease-purchase trap. 🚚 💭

Drivers, it's time to stop listening to the recruiters and start looking at the settlements.

When a company owns the freight (Brokerage), the dispatch (Carrier), and the truck (Leasing), they have a "Closed Loop." They take the profit, and you take all the risk.

In this video, I'm breaking down:
☑ How they abuse the WOTC tax credit (especially with veterans).
☑ The "Apple Pie" marketing trap used to lure you in.
☑ Why you'll never see your escrow or maintenance money again.

Don't let them turn your hard work into their tax break. Watch this before you sign that next lease!

#TruckingTruth
#BigRigNation
#LeasePurchaseTrap
#OwnerOperator
#WageTheft


**Big Rig Nation**
April 3 at 8:35 AM · ⊙

Drivers Are Stepping Forward

They went back to federal court seeking an injunction to stop us from speaking. But something changed.

A source has come forward with documentation and recordings now under legal review. This is no longer about one driver—this is about patterns across the industry that need to be addressed the right way.

Drivers—if you've experienced issues and have documentation, now is the time to step forward.

⬆ Send your information confidentially:
Patrick@BigRigNation.com

⚖ Support the legal fight for transparency in trucking:
https://gofund.me/e22ae755e

This movement is about structure, documentation, and accountability—handled through proper legal channels.

#BigRigNationOfficial
#Truckers
#TruckingTruth
#CDLlife
#StandUpDrivers

6.      Defendant Nicholson, on behalf of Big Rig Nation, appeared on a radio broadcast with a national audience on Tuesday April 7, 2026, which can be viewed at the following link on YouTube: https://youtu.be/PjYK2KGi-gg .[1]   Within this interview, Nicholson: (a) admits the federal court in Nashville is the proper place for the dispute to be resolved (contrary to his arguments about jurisdiction), as he says this is "exactly where this belongs"; (b) claims that settlement statements posted online have not been altered by him; (c) identifies that Big Rig Nation was developed in Nashville, Tennessee as a business entity; (d) identifies that he files tax returns in the United States as a U.S. citizen; (e) identifies that people can "come see us" (referring to Big Rig Nation) when he is back in the United States this summer; and (f) makes ongoing false and

---

[1] The portion of this video with Nicholson in it starts at the 29:55 mark of the video broadcast.

defamatory statements about Hurricane, including: (i) that the statements made by Hurricane about their lease agreements and driver compensation are "misleading"; (ii) that Hurricane uses "PR guys" to claim good experiences at the company; (iii) that Hurricane produced "imposters" with overly positive settlement statements instead of accurate ones; and (iv) that he exposed patterns of "dozens and dozens" of drivers with improper settlement statements. Additionally, the title of the broadcast mentions that Big Rig Nation "exposed crooked lease deals" in reference to this litigation (which is based on the statements and claims Defendants are making on the radio shows and on social media).

7.      Defendants have also posted knowingly false things, including a plainly altered settlement statement that had knowingly false information contained within (including fabricated city names, changes to numbers, and other alterations). *Side-by-Side Comparison of Real Settlement Statement and False Statement Posted by Big Rig Nation*, reproduced below.

- Original Settlement Statement

Mark McDonald                                          Date Paid 10/29/2025

## Detail Statement for Truck 0543

| Dispatch | Date | Origin | Destination | Loaded Mile Pay | | | Empty Mile Pay | | |
|---|---|---|---|---|---|---|---|---|---|
| 379004-1 | 10/8/2025 | Marble, AR | Dacula, GA | 672 | 1.56 | 1,048.32 | 62 | 1.46 | 90.52 |
| 378831-1 | 10/11/2025 | Shelbyville, TN | Clarksville, AR | 454 | 1.56 | 708.24 | 226 | 1.46 | 329.96 |
| 378919-2 | 10/12/2025 | Clarksville, AR | Pauls Valley, OK | 262 | 1.56 | 408.72 | 0 | | |
| 379166-1 | 10/13/2025 | Olathe, KS | Lake Havasu City, AZ | 1288 | 1.55 | 1,996.40 | 367 | 1.45 | 532.15 |
| 379167-2 | 10/16/2025 | Lake Havasu City, AZ | San Diego, CA | 304 | 1.55 | 471.20 | 0 | | |
| 379618-1 | 10/18/2025 | Santa Maria, CA | Casa Blanca, NM | 894 | 1.55 | 1,385.70 | 289 | 1.45 | 419.05 |
| | | | Totals: | 3874 | | 6,018.58 | 944 | | 1,371.68 |

| Taxable Adjustments | | | | Non-Taxable Adjustments | |
|---|---|---|---|---|---|
| Description | Load | Amount | | Description | Amount |
| Orientation Pay | 379004 | 500.00 | | Drove POV to orientation | 200.00 |
| Location Pay: DACULA, GA | 379004 | 100.00 | | Lease Payment - 12 Days | -900.00 |
| | | | | Tri Pac fee - 12 Days | -120.00 |
| | | | | Phys Dmg & 2290 fee - 12 Days | -180.00 |
| | | | | License fee - 12 Days | -60.00 |
| | | | | Occ/Acc Ins - 12 Days | -40.56 |
| | | | | Depreciation, Tires & Scheduled PM Fee | -963.60 |
| | | | | Mileage tax fee | -48.18 |
| | | | | 1st transition advance($500 earned @ 6 mos) | -100.00 |
| | | | | Combined Damage & Cleaning Deposit | -100.00 |
| | | | | Pet Cleaning and Damage Fee | -100.00 |

| Advances | | | | |
|---|---|---|---|---|
| Comcheck:POV | 10/8/2025 | | | -200.00 |
| Comcheck:loaded and empty orientation pay | 10/14/2025 | | | -500.00 |
| Fuel #819379 | 10/8/2025 | WEST SILOAM , OK | | -177.50 |
| Additives #819379 | 10/8/2025 | WEST SILOAM , OK | | -2.36 |
| Fuel #958301 | 10/9/2025 | N. LITTLE RO, AR | | -418.26 |
| Fuel #1057238 | 10/10/2025 | MONTEAGLE , TN | | -187.99 |
| Reefer Fuel #1057238 | 10/10/2025 | MONTEAGLE , TN | | -98.37 |
| Additives #1057238 | 10/10/2025 | MONTEAGLE , TN | | -25.42 |
| Miscellaneous #1117674 | 10/11/2025 | HOLLADAY , TN | | -14.75 |
| Fuel #1116231 | 10/11/2025 | WEST MEMPHIS, AR | | -194.22 |
| Fuel #1311254 | 10/13/2025 | EDMOND , OK | | -388.39 |
| Fuel #1433245 | 10/14/2025 | DODGE CITY , KS | | -308.15 |
| Additives #1433245 | 10/14/2025 | DODGE CITY , KS | | -40.00 |
| Fuel #1512345 | 10/15/2025 | MORIARTY , NM | | -204.22 |
| Fuel #1678237 | 10/16/2025 | LAKE HAVASU , AZ | | -203.27 |
| Fuel #1771375 | 10/17/2025 | SAN DIEGO , CA | | -357.29 |
| Fuel #1832271 | 10/18/2025 | BAKERSFIELD , CA | | -475.39 |
| Additives #1832271 | 10/18/2025 | BAKERSFIELD , CA | | -50.73 |
| Fuel #2034372 | 10/20/2025 | ALBUQUERQUE , NM | | -276.79 |

| Taxable | Non-Taxable | Advance | Deductions | Net |
|---|---|---|---|---|
| 7,990.26 | 200.00 | -4,123.10 | -2,612.34 | 1,454.82 |

Case 3:26-cv-00301    Document 26-2    Filed 04/30/26    Page 12 of 19 PageID #: 535

- Settlement Statement Altered by Defendants



8.      More recently, Defendants *again* posted knowingly false and manipulated information on social media about Hurricane Express in the form of altered settlement statements on April 27, 2026. As seen below, the actual screenshot shows net pay of $699.07 to the driver in question along with payment of a significant amount of advances and was issued on July 2, 2025;

but the altered statement presented on social media by Defendants (for dramatic effect) shows alleged net pay of $16.96. The altered statement—due to it showing purported net pay of less than $20.00 for weeks of driving—inspired negative reactions and criticism of Hurricane Express from a trucking audience on social media who had been fed false information. Defendants appear to have changed the settlement statement information in order to paint Hurricane Express in a negative light.

Actual Settlement Statement

# Detail Statement for Truck

| Dispatch | Date | Origin | Destination | Loaded Mile Pay | | | Empty Mile Pay | | |
|---|---|---|---|---|---|---|---|---|---|
| 366160-2 | 6/12/2025 | Cloverdale, IN | Springdale, AR | 526 | 1.57 | 825.82 | 0 | | |
| 367316-1 | 6/14/2025 | Fayetteville, AR | Albuquerque, NM | 753 | 1.57 | 1,182.21 | 56 | 1.47 | 82.32 |
| 367585-1 | 6/18/2025 | Friona, TX | Joplin, MO | 539 | 1.58 | 851.62 | 256 | 1.48 | 378.88 |
| 367585-2 | 6/19/2025 | Joplin, MO | Spiceland, IN | 568 | 1.58 | 897.44 | 0 | | |
| 367585-3 | 6/20/2025 | Spiceland, IN | Bronx, NY | 712 | 1.58 | 1,124.96 | 0 | | |
| 368067-1 | 6/23/2025 | Taylor, PA | Raymore, MO | 1110 | 1.52 | 1,687.20 | 130 | 1.52 | 197.60 |
| 368165-1 | 6/26/2025 | Olathe, KS | Lathrop, CA | 1796 | 1.62 | 2,909.52 | 35 | 1.52 | 53.20 |
| | | | Totals: | 6004 | | 9,478.77 | 477 | | 712.00 |

| Taxable Adjustments | | | | Non-Taxable Adjustments | |
|---|---|---|---|---|---|
| Description | Load | Amount | | Description | Amount |
| Stop #1 At WALMPOPA | 367585 | 50.00 | | 6/22 Lumper - Porky's, Carteret NJ | 300.00 |
| Stop #2 At PORKCANJ | 367585 | 75.00 | | 6/23 Lumper - Nebraskaland, Bronx NY | 150.00 |
| Location Pay: POTTSVILLE, PA | 367585 | 100.00 | | 6/30 Lumper - Lathrop, CA | 460.00 |
| 4th Truck Wash | 368067 | 50.00 | | Lease Payment (0533 6/7/2025) - 18 Days | -1,350.00 |
| Location Pay: TAYLOR, PA | 368067 | 100.00 | | Tri Pac fee - 18 Days | -180.00 |
| | | | | Phys Dmg & 2290 fee - 18 Days | -270.00 |
| | | | | License fee - 18 Days | -90.00 |
| | | | | Occ/Acc Ins - 18 Days | -60.84 |
| | | | | Depreciation, Tires & Scheduled PM (0533) | -1,296.20 |
| | | | | Mileage tax fee | -64.81 |
| | | | | 0533 D&C Dep, $1075 from 891124 Dep | -100.00 |
| | | | | ATBS | -48.98 |
| | | | | 5/21/25 NJ parking citation | -45.23 |
| | | | | Pet fee | -50.00 |
| | | | | 6/13 Company Store | -36.00 |
| | | | | Child Support - 002370978 | -286.50 |

| Advances | | | | |
|---|---|---|---|---|
| Fuel #1234831 | 6/12/2025 | EFFINGHAM | , IL | -522.65 |
| Reefer Fuel #1234831 | 6/12/2025 | EFFINGHAM | , IL | -98.73 |
| Additives #1234831 | 6/12/2025 | EFFINGHAM | , IL | -25.96 |
| Fuel #1335265 | 6/13/2025 | SPRINGDALE | , AR | -321.87 |
| Additives #1335265 | 6/13/2025 | SPRINGDALE | , AR | -13.19 |
| Miscellaneous #1435922 | 6/14/2025 | SPRINGDALE | , AR | -14.75 |
| Fuel #1431937 | 6/14/2025 | SAYRE | , OK | -342.25 |
| Reefer Fuel #1431937 | 6/14/2025 | SAYRE | , OK | -79.77 |
| Additives #1431937 | 6/14/2025 | SAYRE | , OK | -12.59 |
| Miscellaneous #1655830 | 6/16/2025 | SAYRE | , OK | -14.75 |
| Fuel #1631126 | 6/16/2025 | TUCUMCARI | , NM | -223.27 |
| Reefer Fuel #1631126 | 6/16/2025 | TUCUMCARI | , NM | -30.62 |
| Additives #1631126 | 6/16/2025 | TUCUMCARI | , NM | -6.22 |
| Miscellaneous #1851926 | 6/18/2025 | HEREFORD | , TX | -14.75 |

| | | | |
|---|---|---|---|
| Fuel #1831261 | 6/18/2025 | OKLAHOMA CIT, OK | -356.03 |
| Reefer Fuel #1831261 | 6/18/2025 | OKLAHOMA CIT, OK | -80.88 |
| Additives #1831261 | 6/18/2025 | OKLAHOMA CIT, OK | -16.78 |
| Fuel #1937366 | 6/19/2025 | EFFINGHAM , IL | -436.04 |
| Reefer Fuel #1937366 | 6/19/2025 | EFFINGHAM , IL | -46.57 |
| Additives #1937366 | 6/19/2025 | EFFINGHAM , IL | -18.05 |
| Fuel #2011010 | 6/20/2025 | BENTLEYVILLE, PA | -391.12 |
| Reefer Fuel #2011010 | 6/20/2025 | BENTLEYVILLE, PA | -34.53 |
| Additives #2011010 | 6/20/2025 | BENTLEYVILLE, PA | -15.22 |
| Fuel #2351269 | 6/23/2025 | MILL HALL , PA | -485.96 |
| Additives #2351269 | 6/23/2025 | MILL HALL , PA | -23.68 |
| Comcheck:Lump-Porky Prod Carteret, NJ | 6/22/2025 | | -300.00 |
| Comcheck:Lumper Nebraskaland | 6/23/2025 | | -150.00 |
| Fuel #2499155 | 6/24/2025 | AUSTINTOWN , OH | -244.09 |
| Additives #2499155 | 6/24/2025 | AUSTINTOWN , OH | -4.92 |
| Fuel #2417935 | 6/24/2025 | WARRENTON , MO | -306.94 |
| Fuel #2591193 | 6/25/2025 | PECULIAR , MO | -276.44 |
| Reefer Fuel #2591193 | 6/25/2025 | PECULIAR , MO | -102.96 |
| Additives #2591193 | 6/25/2025 | PECULIAR , MO | -22.37 |
| Comcheck:4th truck wash | 6/24/2025 | | -50.00 |
| Miscellaneous #2711920 | 6/27/2025 | DODGE CITY , KS | -14.75 |
| Fuel #2754028 | 6/27/2025 | TUCUMCARI , NM | -333.17 |
| Reefer Fuel #2754028 | 6/27/2025 | TUCUMCARI , NM | -77.75 |
| Fuel #2897261 | 6/28/2025 | KINGMAN , AZ | -426.77 |
| Reefer Fuel #2897261 | 6/28/2025 | KINGMAN , AZ | -76.76 |
| Additives #2897261 | 6/28/2025 | KINGMAN , AZ | -30.35 |
| Fuel #2998929 | 6/29/2025 | N. LAS VEGAS, NV | -250.85 |
| Reefer Fuel #2998929 | 6/29/2025 | N. LAS VEGAS, NV | -34.85 |
| Additives #2998929 | 6/29/2025 | N. LAS VEGAS, NV | -8.94 |
| Comcheck:Advance | 6/27/2025 | | -100.00 |
| Comcheck:Lumper Lathrop | 6/30/2025 | | -460.00 |

| Taxable | Non-Taxable | Advance | Deductions | Net |
|---|---|---|---|---|
| 10,565.77 | 910.00 | -6,898.14 | -3,878.56 | 699.07 |

Altered Statement from Defendants on Social Media



9. As these posts and video/radio appearances are taking place, Hurricane Express is seeing real-world impacts every day. This includes drivers dropping out of orientation in uncharacteristic ways and fewer drivers than ever signing up for new candidate orientation. In the last month, Plaintiff had an orientation class of 10 new drivers where only two showed up on the day of the orientation session. While weekly orientation classes would typically involve 20 new drivers, there were only seven signed up in early April 2026. In short, there is a direct correlation between the onslaught of false information posted online and the reduced driver candidates. All of

this harms Hurricane Express, not to mention the reputational impact from driver candidates and industry persons online that assume Defendant's defamatory posts are true (when they are either false, or worse still, completely fabricated via nefarious editing and manipulation).

10.     Defendants are becoming more emboldened by the day to mischaracterize this litigation and repeatedly paint Plaintiff in a negative light with false information and mischaracterizations. Because of the available audience, Plaintiff is suffering from these falsehoods each day and is in need of relief in order to run its business and have drivers come to orientation at the company to keep trucks driving for the company. Absent that, Plaintiff's business is and will suffer immeasurable harm that could threaten its viability.

I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND

ACCURATE TO THE BEST OF MY KNOWLEDGE.

Executed On: <u>April 29, 2026</u>

<u>Kaedon Steinert</u>

<u>President</u>
Title

4913-5295-5040,