# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF TENNESSEE
### NASHVILLE DIVISION

| | | |
|---|---|---|
| HURRICANE EXPRESS, | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 3:26-cv-00301 |
| | ) | Judge Crenshaw/Frensley |
| BIG RIG NATION, ET AL., | ) | Jury Demand |
| Defendants. | ) | |

## ORDER

Due to a conflict in the Court's calendar, the status conference on this matter, which is currently scheduled for June 4, 2026, is reset for **May 8, 2026, at 9:30 a.m.** by telephone.

The Parties are reminded that: the proposed case management order shall be submitted electronically with the Court THREE (3) business days before the Initial Case Management Conference and counsel shall also email a WORD version copy to chambers at **frensleychambers@tnmd.uscourts.gov**. If the proposed order CANNOT be submitted electronically on time, PLAINTIFF'S COUNSEL is responsible for contacting the Magistrate Judge's office to reschedule the conference. FAILURE to obtain service on all defendants should be called to the Magistrate Judge's attention. FAILURE TO FILE THE PROPOSED CASE MANAGEMENT ORDER ELECTRONICALLY WITHOUT CONTACTING THE MAGISTRATE JUDGE'S OFFICE CAN RESULT IN SANCTIONS.

The day of the conference the Parties shall call 1-855-244-8681, at the appointed time, and when prompted for the access code, enter 23139129180# to participate in the Conference. If a party has difficulty connecting to the call or has been on hold for more than five (5) minutes, please contact chambers at 615-736-7344.

**IT IS SO ORDERED.**

**JEFFERY S. FRENSLEY**
**United States Magistrate Judge**