**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF TENNESSEE**
**NASHVILLE DIVISION**

| | | |
|---|---|---|
| **HURRICANE EXPRESS,** | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **Civil Action No. 3:26-cv-00301** |
| | ) | **Judge Crenshaw/Frensley** |
| **BIG RIG NATION, ET AL.,** | ) | **Jury Demand** |
| **Defendants.** | ) | |

## ORDER

The Court held a case management conference with the Parties on May 8, 2026, to address the extent of limited discovery necessary to prepare for hearing on the Plaintiff's motion for preliminary injunction. Docket No. 19. Based upon those conversations, the Court orders as follows:

**Preliminary Injunction Briefing Schedule and Target Hearing Date:** The Plaintiff has requested a Preliminary Injunction. The hearing is expected to last one to two (1-2) days. The target hearing date is no earlier than **July 20, 2026.** In the event the Court schedules the hearing after that, the Parties are unavailable from July 27, 2026, through August 3, 2026, and August 18 through 20, 2026.

Plaintiff will file a final brief for its Motion for Preliminary Injunction by **June 29, 2026.**

Defendants will file a response brief on or before **July 6, 2026.**

Any optional reply shall be filed by **July 13, 2026.**

**Discovery related to the Preliminary Injunction:** All written discovery related to the Preliminary Injunction shall be served by **May 22, 2026.** Responses to written discovery are due **June 5, 2026.** All depositions of fact witnesses related to the Preliminary Injunction will be completed by **June 22, 2026.** The parties do not anticipate retaining expert witnesses to testify at the Preliminary Injunction Hearing.

The Parties are limited to serving ten (10) document requests and five (5) interrogatory requests related to the motion for preliminary injunction. Each party may notice and take no more than two (2) depositions related to the motion for preliminary injunction.

**Case Resolution Plan and Joint ADR Reports:** By no later than seven (7) days before the hearing on the preliminary injunction, the Parties shall submit joint report to advise the Court that the parties made a good faith effort to resolve the case. The joint report shall also state whether the parties request referral of the case for ADR.

A case management conference is scheduled for **June 9, 2026, at 8:30 a.m**., by telephone the Parties shall filed a revised proposed case management order addressing other deadlines for progression of the case three (3) days in advance of the conference. The Parties shall call 1-855-244-8681, at the appointed time. and when prompted for the access code, enter 23139129180# to participate in the Conference. If a party has difficulty connecting to the call or has been on hold for more than five (5) minutes, please contact chambers at 615-736-7344.

**IT IS SO ORDERED.**

**JEFFERY S. FRENSLEY**
**United States Magistrate Judge**

2