**IN THE UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF TENNESSEE**
**NASHVILLE DIVISION**

| | |
|---|---|
| HURRICANE EXPRESS,       ) | |
|       ) | |
|     Plaintiff(s)    ) | |
|       ) | |
| v.       ) | Case No. 3:26-cv-00301 |
|       ) | Judge Crenshaw/Frensley |
|       ) | |
| BIG RIG NATION, *et al.*,    ) | |
|       ) | |
|     Defendant(s)    ) | |

**O R D E R**

Due to a conflict in the Court's calendar, the Initial Case Management Conference set for June 9, 2026 at 8:30 a.m. is hereby reset to June 10, 2026 at 8:30 a.m. via telephone. All parties shall call **1-855-244-8681**, and when prompted for the access code, enter **23139129180#** to participate in the Case Management Conference. If a party has difficulty connecting to the call or has been on hold for more than five (5) minutes, please call 615-736-7344.

IT IS SO ORDERED.

_____
JEFFERY S. FRENSLEY
United States Magistrate Judge