MOTION DENIED AS MOOT.

# IN THE UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF TENNESSEE
## NASHVILLE DIVISION

99.8112

**HURRICANE EXPRESS,**

   **Plaintiff,**

**vs.**                                                    NO.  3:26-cv-0301

**BIG RIG NATION, PATRICK
NICHOLSON and RITA NICHOLSON,**

   **Defendants.**

---

### PLAINTIFF'S MOTION TO REQUIRE DEFENDANTS TO AMEND THEIR ANSWER TO AMENDED COMPLAINT TO COMPLY WITH FEDERAL RULES OF CIVIL PROCEDURE 8(b) OR DEEM ALL ALLEGATIONS TO WHICH AN INADEQUATE RESPONSE WAS PROVIDED BE ADMITTED

---

Comes now Plaintiff, Hurricane Express (hereinafter "Plaintiff"), by and through counsel of record, and files this Motion to Require Defendants to Amend their Answer to Amended Complaint to Comply with Federal Rules of Civil Procedure 8(b) or Deem all Allegations to Which an Inadequate Response was Provided be Admitted.  In support, Plaintiff states the following:

Federal Rule of Civil Procedure 8(b) controls the requirements for answers the allegations in the Complaint. A defendant is required to admit, deny or express a lack of knowledge or information in response to each factual allegation pursuant to Federal Rules of Civil Procedure 8(b).[1]

---

[1] Federal Rule of Civil Procedure 8(b).

In Defendants "Answer and Affirmative defenses to Plaintiff's Amended Complaint" (ECF Doc. No. 25), Plaintiff more than 200 times responds to factual allegations with some variation of the allegation "speaks for itself." It is clear under the federal rules and applicable law that Defendants' 200+ "speaks for itself" non-answers directly violate the pleading requirements of Federal Rule of Civil Procedure 8(b) and such non-answers have been repeatedly rejected in the Sixth Circuit.

Accordingly, Plaintiff respectfully requests that this Court order Defendants to file an Amended Answer to the Amended Complaint within 21 days of this Court's Order in compliance with Federal Rule of Civil Procedure 8(b) and Sixth Circuit case law. Plaintiff further respectfully requests that any answers in Defendants' Amended Answer which contain some variation of "speaks for itself" be deemed admitted for purposes of this lawsuit.

Dated: May 7, 2026.

## CERTIFICATE OF CONSULTATION

R. Scott McCullough, counsel for Plaintiff, has conferred with Paige Lyle, counsel for Defendants, by email regarding Plaintiff's Motion to Require Defendants to Amend their Answer. Paige Lyle, counsel for Defendants, responded that Defendants do not consent to the Motion.

*/s/ R. Scott McCullough*

2

Respectfully submitted,

**McNABB, BRAGORGOS, BURGESS & SORIN, PLLC**

*/s/ R. Scott McCullough*
R. SCOTT McCULLOUGH - #19499
NICHOLAS E. BRAGORGOS - #12000
Attorneys for Plaintiff
81 Monroe, Sixth Floor
Memphis, Tennessee 38103
Telephone: (901) 624-0640
Fax: (901) 624-0650
smccullough@mbbslaw.com
nbragorgos@mbbslaw.com

3