**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF TENNESSEE**
**NASHVILLE DIVISION**

| | | |
|---|---|---|
| **HURRICANE EXPRESS,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | No. 3:26-CV-00301 |
| | ) | |
| **BIG RIG NATION, PATRICK** | ) | |
| **NICHOLSON, and RITA NICHOLSON,** | ) | |
| | ) | |
| **Defendants.** | ) | |

## <u>ORDER</u>

Based on the findings of fact and conclusion of law stated on the record on July 20, 2026,

the Motion for Preliminary Injunction (Doc. No. 19) is **DENIED**.

IT IS SO ORDERED.

_____
WAVERLY D. CRENSHAW, JR.
UNITED STATES DISTRICT JUDGE