**IN THE UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF TENNESSEE**
**NASHVILLE DIVISION**

99.8112

**HURRICANE EXPRESS,**

    **Plaintiff,**

**vs.**                                                                                          NO.  **3:26-cv-0301**

**BIG RIG NATION, PATRICK**
**NICHOLSON and RITA NICHOLSON,**

    **Defendants.**

---

## JOINT NOTICE OF MEDIATION

---

    All parties in this matter hereby jointly announce to this Honorable Court that they have

agreed to use Barry Howard of Nashville, Tennessee to mediate this cause (in compliance with the

Court's directive of July 20, 2026). Said mediation is scheduled to take place on Monday, August

10, 2026.

                            Respectfully submitted,

*/s/ Paige M. Lyle*
Paige M. Lyle (TN 032959)
FORD HARRISON LLP
150 Third Ave South, Suite 2010
Nashville, Tennessee 37201
Telephone: (615) 574-6700
Facsimile: (615) 574-6701
plyle@fordharrison.com
*Attorney for Defendants*

*/s/ Nicholas E. Bragorgos*
Nicholas E. Bragorgos - #12000
R. Scott McCullough - #19499
McNABB, BRAGORGOS, BURGESS &
SORIN, PLLC
81 Monroe, Sixth Floor
Memphis, Tennessee 38103
Telephone: (901) 624-0640
Fax: (901) 624-0650
nbragorgos@mbbslaw.com
smccullough@mbbslaw.com
*Attorneys for Hurricane Express*