**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF TENNESSEE**
**NASHVILLE DIVISION**

| | | |
|---|---|---|
| **HURRICANE EXPRESS,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **No. 3:26-cv-301** |
| | ) | |
| **BIG RIG NATION, PATRICK NICHOLSON and RITA NICHOLSON,** | ) | |
| | ) | |
| **Defendants.** | ) | |

# ORDER

The mediator's report indicates that all issues have been resolved. (Doc. No. 63). The parties shall file a stipulation of dismissal within **30 days** of entry of this Order.

IT IS SO ORDERED.

Waverly D. Crenshaw, Jr.
WAVERLY D. CRENSHAW, JR.
UNITED STATES DISTRICT JUDGE