**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF TENNESSEE**
**NASHVILLE DIVISION**

| | | |
|---|---|---|
| **HURRICANE EXPRESS,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **NO. 3:26-cv-00301** |
| | ) | |
| **BIG RIG NATION,** | ) | |
| **PATRICK NICHOLSON,** | ) | |
| **RITA NICHOLSON,** | ) | |
| | ) | |
| **Defendants.** | ) | |

**ORDER**

This case is set for a telephonic status conference for **September 30, 2026, at 12:00 p.m.** The parties shall call 1-855-244-8681, and when prompted enter access code 2314 537 9888# to participate in the call. If a party has difficulty connecting, please contact chambers at 615-736-7013.

During the telephone conference, the parties and their counsel of record shall state their name before speaking, never interrupt the court or another person speaking and when referring to a document filed with the Court, use the designated docket number.

IT IS SO ORDERED.

Waverly D. Crenshaw, Jr.

WAVERLY D. CRENSHAW, JR.
UNITED STATES DISTRICT JUDGE