IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

99.8112

---

**HURRICANE EXPRESS,**

**Plaintiff,**

**vs.** **NO. 3:26-cv-0301**

**BIG RIG NATION, PATRICK NICHOLSON and RITA NICHOLSON,**

**Defendants.**

---

# ORDER APPROVING SETTLEMENT

---

After the parties engaged in mediation on Monday, August 10, 2026, in Nashville, Tennessee, they reached a settlement on all issues in this case. The Plaintiff had originally sought a permanent injunction against the Defendants, individually and collectively, in regard to allegations of posting misleading, and fraudulent posts on several different social media platforms, including but not limited to, Facebook, YouTube, and Tik Tok. The Defendants have denied those allegations.

In order to settle the dispute, the parties entered into an agreement as follows:

1) Defendants will remove all prior posts that in any way reference Hurricane Express to include but is not limited to depictions of Hurricane Express images and/or the use of the Hurricane Express name. All such social media posts will be removed permanently.

2) The parties further agree that going forward the Defendants, individually and collectively, will not post any information on any social media platform having to do with Hurricane Express.

3) This Court will retain jurisdiction to adjudicate any matters that may arise between parties as a result of the terms of the settlement.

4) The remedy for any breach of the Settlement Agreement as determined by this Court will be a fine of any amount up to $50,000.00 depending upon the level of the breach and the severity of same. These will be facts questions to be determined by the Court. The prevailing party will be awarded attorneys' fees.

IT IS SO ORDERED.

WAVERLY D. CRENSHAW, JR.
UNITED STATES DISTRICT JUDGE